UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,

v.

Case No.: <u>1:15-cv-22873-KMW</u>

CANTABRIA ENTERPRISES, INC., d/b/a
SEDANO'S SUPERMARKET #21, a Florida
corporation; and, TCP INVESTMENT GROUP,
LLC, d/b/a TOWN & COUNTRY PLAZA, a
Florida limited liability company,

    Defendants.
_____/

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

    Plaintiff, DOUGLAS LONGHINI, by and through his undersigned counsel, pursuant to the Federal Rules of Civil Procedure, the Local Rules, and other applicable authority, hereby submits the following Second Motion for Extension of Time to Respond to Defendants' Motion for Dismissal Under Rule 12(b)(1), or in the Alternative, Motion for Summary Judgment (**"Motion to Dismiss"**) (DE 29), and states in support as follows:

    On or about November 13, 2015, Defendants filed their Motion to Dismiss, regarding Plaintiffs' Complaint and Plaintiffs' various claims. Plaintiff incorporates by reference the background information contained in Plaintiff's first motion for extension of Plaintiff's deadline to respond to the Motion to Dismiss. By Court Order (DE 33), Plaintiff's deadline to respond to the Motion to Dismiss is December 7, 2015. As noted previously, Plaintiff has been diligently working to respond to the Motion to Dismiss. In fact, Plaintiff's response and supporting statements/declarations are prepared. However, these materials cannot be finalized and filed

because, despite Plaintiff's counsel's efforts, Plaintiff's expert's report regarding his Rule 34 inspection of the premises is not complete. Plaintiff's counsel is and has been following up on this diligently.

Accordingly, Plaintiff respectfully requests a final five-day extension of time to respond to Defendant's Motion to Dismiss.

WHEREFORE, Plaintiff, DOUGLAS LONGHINI, respectfully requests that the Court enter an Order: (i) granting this motion; (ii) extending Plaintiff's deadline to respond to Defendants' Motion to Dismiss for five days (until December 12, 2015); and, (iii) entering such other and further relief as the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for Plaintiff has conferred with Defendant's counsel regarding any extension of Plaintiff's deadline, to which Defendant's counsel objects. Plaintiff's counsel sent an e-mail to Defendant's counsel after business hours on December 7, 2015, prior to filing this second motion. This late e-mail was due to the unfortunate and belated realization by Plaintiff's counsel that the expert report still had not yet been completed or received.

**DATED** this 7th day of December, 2015.

Respectfully submitted,

**ESPINOSA LAW GROUP**
10625 N. Kendall Dr.
Miami, FL 33176-1510
Tel.: 305-655-1501
Cell: 352-219-1974
E-mail: tallison@espinosalawgroup.com
E-mail: despinosa@espinosalawgroup.com

By: */s/ Thomas Charles Allison*
   Thomas Charles Allison, Esq.
   Florida Bar No. 35242
   Daniel Alberto Espinosa, Esq.

*Longhini v. Cantabria Enterprises, Inc., etc., et al.*
Case No.: 1:15-cv-22873-KMW

Florida Bar No. 81686

*Counsel For The Disabled*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 7th day of December, 2015.

By: */s/ Thomas Charles Allison*
Thomas Charles Allison, Esq.
Florida Bar No. 35242

**Service List**

Carlton A. Bober, Esq.
Evan A. Zuckerman, Esq.
VERNIS & BOWLING OF BROWARD, P.A.
5821 Hollywood Blvd., First Floor
Hollywood, FL 33021
E-mail: Cbober@Florida-Law.com
E-mail: Ezuckerman@Florida-Law.com

*Counsel for Defendants*

– 3 –
**ESPINOSA LAW GROUP**
TRIAL LAWYERS